UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANTAGE DRILLING COMPANY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION 4-12-CV-03131 |
| versus | § | |
| | § | |
| HSIN-CHI-SU, AKA NOBU SU, | § | |
| | § | |
| DEFENDANT. | § | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

The Court has considered Plaintiff's Motion for Leave to Conduct Expedited Discovery (the "Motion"), and the responses and replies thereto. The Court, after having considered same, is of the opinion that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is hereby GRANTED.

Plaintiff is hereby allowed to issue the document requests and subpoenas identified in Exhibits A, B and C attached to the Motion.

Plaintiff is hereby allowed to conduct depositions of Randy Stilley, Keith Meyer, Hsin Chi-Su (aka Nobu Su), and Robert F. Gray, Jr. on March 28, March 29, April 1, and April 2, 2013, respectively, on the topics identified in Exhibits A, B and C attached to the Motion.

Signed this ___ day of _____, 2013.

_____
Honorable Lynn N. Hughes
United States District Judge