| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Vantage Drilling Company,<br><br>    Plaintiff,<br><br>versus<br><br>Hsin-Chi-Su,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-12-3131 |

## Discovery Order

1. By April 1, 2013, Vantage Drilling Company may depose Hsin-Chi-Su, Randy Stilley, Keith Meyer, and Robert Gray, Jr.

2. By the date of their deposition, Su, Stilley, Meyer, and Gray, Jr., must give Vantage the documents it requested in Exhibits B and C to its motion for expedited discovery.

Signed on March 1, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge