United States Courts
Southern District of Texas
FILED

JUL 11 2013

David J. Bradley, Clerk of Court

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 11, 2013

TO: All Counsel and Parties Listed Below

   Misc. No. 13-90032   Vantage Drilling Company v. Hsin-Chi Su
                        USDC No. 4:12-CV-3131

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 13-20379.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $455.00 appellate filing fee to the **clerk of the district court,** and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5ᵀᴴ CIR. R. 42.3.

By copy of this letter, I am requesting the district court to send the notice of certified record immediately.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit web site, www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket. Pro se parties do not need to file an appearance form.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Peter A. Conners
                              Peter A. Conners, Deputy Clerk
                              504-310-7685

Mr. Julian Fertitta III
Mr. Robin C. Gibbs
Mr. Mark Daniel Manela
Mr. Vidal Gregory Martinez
Mr. Richard Warren Mithoff Jr.
Mr. Jeffrey L. Oldham

Enclosure(s)

cc:   Mr. David J. Bradley