# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 13-90032

---

VANTAGE DRILLING COMPANY,

    Plaintiff - Petitioner

v.

HSIN-CHI SU, also known as Nobu Su,

    Defendant - Respondent

---

Motion for Leave to Appeal
from an Interlocutory Order

---

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the unopposed petition for permission to appeal from the interlocutory order of the United Stated District Court for the Southern District of Texas, Houston, entered on May 22, 2013, is GRANTED.