| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Vantage Drilling Company, §
§
    Plaintiff, §
§
versus §    Civil Action H-12-3131
§
Hsin-Chi-Su, §
§
    Defendant. §

## Order on Stock Encumbrance

1. Complaints about the encumbrance of Vantage Drilling Company's stock arising out of the bankruptcy must be addressed to the bankruptcy court.

2. Hsin-Chi-Su may not otherwise sell, transfer, pledge, or encumber his Vantage stock without court permission.

2. By September 13, 2013, Vantage may depose Hsin-Chi-Su.

Signed on August 14, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge