| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Vantage Drilling Company, §
　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　Civil Action H-12-3131
　　　　　　　　　　　　　§
Hsin-Chi-Su, §
　　　　　　　　　　　　　§
　　　　Defendant. §

## Order on Confusion

1. There will be no hearing on Vantage Drilling Company's motion for a preliminary injunction because the court anticipates no further equitable relief. (82)

2. By September 13, 2013, Hsin-Chi-Su may depose Christopher DeClaire and Paul Bragg on the condition that his lawyer stops using textual footnotes.

3. Outside of bankruptcy, if Su wants to sell, transfer, pledge, or encumber his Vantage stock, he must ask for the court's permission.

Signed on August 19, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge