UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

Vantage Drilling Company,                    §
                                             §
            Plaintiff,                       §
                                             §
versus                                       §          Civil Action H-12-3131
                                             §
Hsin-Chi-Su,                                 §
                                             §
            Defendant.                       §

# Order on Remand

This case is remanded to the 295th District Court of Texas, Harris County.

Signed on September 4, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge